UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE CITY OF BIRMINGHAM EMPLOYEES' RETIREMENT SYSTEM, ET AL, | Case No. 09-cv-13201<br><br>Hon. Stephen J. Murphy, III |
| Plaintiffs, | |
| v. | |
| COMERICA BANK, | |
| Defendant/Third-Party Plaintiff, | |
| v. | |
| MUNDER CAPITAL MANAGEMENT, | |
| Third-Party Defendant. | |

## INDEX OF EXHIBITS

Exhibit A-   Declaration of Jennifer Keough re Notice Dissemination

Exhibit B-   NERA Report

Exhibit C-   Declaration of Peter A. Binkow

Exhibit D-   Declaration of E. Powell Miller

Exhibit E-   Declaration of Stephen R. Astley

Exhibit F-   Declaration of Gerard J. Andree

Exhibit G-   Declaration of Matthew M. Guiney